JOHN S. LEONARDO
United States Attorney
District of Arizona
JANET K. MARTIN
Assistant U.S. Attorney
Arizona State Bar No. 006014
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: janet.martin@usdoj.gov
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Carter, | 4:15-CV-00171-RCC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| United States of America, | |
| Defendant. | |

Pursuant to Rule 40.2(d), Local Rules of Civil Procedure, the parties, through undersigned counsel, inform the Court that this case has been settled. Upon consummation of the settlement, a stipulation for dismissal will be filed.

Undersigned counsel, Janet K. Martin, certifies that the content of the foregoing Notice of Settlement is acceptable to Plaintiff's counsel, and said counsel has authorized Janet K. Martin to sign on his behalf.

Respectfully submitted this 22nd day of February, 2016.

| | |
|---|---|
| THE COUNTRY LAWYER, P.C. | JOHN S. LEONARDO |
| LAWYER, P.C. | United States Attorney |
| | District of Arizona |
| | |
| *S/Perry Hicks, Esq., with permission* | *s/Janet K. Martin* |
| PERRY HICKS, ESQ. | JANET K. MARTIN |
| Attorney for Plaintiff | Assistant U.S. Attorney |

1  Copy of the foregoing served electronically or by
   other means this 22nd day of February, 2016, to:
2
3  Perry Hicks, Esq.
   The Country Lawyer P.C.
4  741 East Fry Blvd
   Sierra Vista, AZ 85635
5
6  *s/ Mary McClain*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28